UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JIMMY R. GREEN, ET AL. | CIVIL ACTION NO. 06-330 |
| versus | JUDGE WALTER |
| CITY SERVICES REFINERY, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand (Doc. 30) is **granted** and this case is **remanded** to the 26th Judicial District Court, Bossier Parish, Louisiana.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9th day of July, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE